# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 5, 2015

### NO. 03-14-00601-CV

**Estrella Montoya, Appellant**

**v.**

**Charles R. Holly, Jr., Appellee**

---

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the judgment signed by the trial court on September 22, 2014. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.